IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | |
| ) | |
| v.                                                                  ) | Civil No.        4:05CV00096 JMM |
| ) | |
| 2221 Westover Dr., Little Rock, AR        ) | |

ORDER

     WHEREAS, on May 9, 2005 the Court entered a Order granting the United States Motion to Stay of the civil case of <u>United States v. 221 Westover, Dr. Little Rock, AR</u>, 4:05CV00096 GH until the criminal case of <u>United States v. Melissa Orsini</u>, 4:05CR00030 was complete.

     WHEREAS, on February 5, 2007 the criminal case of <u>United States v. Melissa Orsini,</u> 4:05CR00030 was decided.

     WHEREAS, the United States has petitioned the Court to re-open this civil matter in order to allow the United States to continue their discovery;

     NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this case is re-opened..

     IT IS SO ORDERED this 15th day of February, 2007.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE