IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Civil No.    4:05CV00096 JMM |
| | ) |
| 2221 Westover Dr., Little Rock, AR | ) |
| | ) |

## ORDER

This matter having come before this Court on the motion of the United States for dismissal of the Complaint in Rem without prejudice , it is

SO ORDERED, this 19th day of December, 2007.

*/s/ James M. Moody*
UNITED STATES DISTRICT JUDGE